JUDGE COTE

'08 CIV 5785

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| OSCAR DE LA RENTA, LTD., <br><br> Plaintiff, <br><br> v. <br><br> ELIZABETH ARDEN, INC., d/b/a "EA FRAGRANCES CO.", <br><br> Defendant. | Civil Action No. <br><br> JUN 27 2008 <br><br> **JURY TRIAL DEMANDED** |

## OSCAR DE LA RENTA, LTD.'S DISCLOSURE STATEMENT PURSUANT TO RULE 7.1

Plaintiff Oscar de la Renta, Ltd., hereby states, through its undersigned attorneys, as follows:

(1) Oscar de la Renta, Ltd. has no parent corporation.

(2) No publicly held company owns more than 10% of Oscar de la Renta, Ltd.'s stock.

Dated: New York, New York
June 26, 2008

                                        ROPES & GRAY LLP

By: William I. Sussman
Carla E. Sereny
1211 Avenue of the Americas
New York, NY 10036
(212) 596-9000
william.sussman@ropesgray.com
carla.sereny@ropesgray.com
*Attorneys for Plaintiff*

OF COUNSEL:

Peter M. Brody
W. Rudolph A. Kleysteuber IV
ROPES & GRAY LLP
One Metro Center
700 12th Street, NW, Suite 900
Washington, D.C. 20005
(202) 508-4600
peter.brody@ropesgray.com
rudy.kleysteuber@ropesgray.com