AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Southern District of New York

Oscar de la Renta, Ltd.

V.

Elizabeth Arden, Inc., d/b/a "EA Fragrances Co."

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 08 CIV 5785

TO: (Name and address of Defendant)

Elizabeth Arden, Inc.
200 Park Avenue South
New York, NY 10003-1503

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Ropes & Gray LLP
William I. Sussman, Esq.
1211 Avenue of the Americas
New York, NY 10036

an answer to the complaint which is served on you with this summons, within ____20____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON                                          JUN 2 7 2008

CLERK                                                        DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL $0.00 |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____    _____
                       Date                                      *Signature of Server*

                                         _____
                                         *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

OSCAR DE LA RENTA, LTD.,

        Plaintiff,

-against-

ELIZABETH ARDEN, INC. d/b/a
"EA FRAGRANCES CO.",

        Defendant.

Civil Action No. 08 Civ 5785 (DC)

AFFIDAVIT OF SERVICE

Paul G. Lang, being duly sworn, deposes and says:

1. I am not a party to this action, am over 18 years of age, and reside at 2 Dialstone Lane, Riverside, CT.

2. On July 1, 2008, at approximately at 9:30 a.m., I served the within Summons in a Civil Action, along with the Complaint, Oscar De La Renta, Ltd's Disclosure Statement Pursuant to Rule 7.1, Civil Cover Sheet, Individual Rules of Practice of Denis Cote, United States Judge, and the Individual Rules of Practice of Judge Kevin Nathaniel Fox upon:

    Elizabeth Arden, Inc.
    200 Park Avenue South
    New York, NY 10003-1503

by personally delivering true copies thereof to the above address and handing said documents to James Perry. Mr. Perry advised me that he was a Vice President and the Deputy General Counsel of Elizabeth Arden, Inc.

James Perry is described as a white male, approximately 6'0" tall, weighting approximately 190 lbs., having grey hair and wearing glasses.

                                                Paul G. Lang

Sworn to before me
July 1, 2008

Notary Public

CHARLES R. BRUSTMAN
Notary Public, State of New York
No. 01BR4799113
Qualified in Nassau County
Commission Expires June 21, 2011