UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| OSCAR DE LA RENTA, LTD., <br><br>　　　　　　　　　　　　　Plaintiff, <br><br>　　　　-against- <br><br>ELIZABETH ARDEN, INC., d/b/a "EA FRAGRANCES CO.," <br><br>　　　　　　　　　　　　　Defendant. | 08 CIV 5785 (DLC) <br><br> **NOTICE OF MOTION** |

**PLEASE TAKE NOTICE** that upon the accompanying Declaration of Louis S. Ederer and Memorandum of Law in Support of Proposed Intervenor-Defendant YSL Beauté, Inc.'s ("YSL Beauté) Motion to Intervene and Motion to Stay Litigation Pending Arbitration, YSL Beauté, by its undersigned counsel, will move before the Honorable Denise L. Cote on August 13, 2008, in the Daniel Patrick Moynihan United States Courthouse, 500 Pearl St., Courtroom 11B, New York, New York for an order, pursuant to Federal Rule of Civil Procedure 24, permitting YSL Beauté in intervene in the above-captioned action, and pursuant to 9 U.S.C. § 3, staying proceedings pending arbitration in the American Association of Arbitration, and for such other and further relief as the Court deems just and proper.

**PLEASE TAKE NOTICE** that answering papers, if any, must be served by August 4, 2008.

Dated:   New York, New York
         July 21, 2008

                                                    ARNOLD & PORTER LLP

                                                    By: _____
                                                          Stewart D. Aaron
                                                          Louis S. Ederer
                                                    399 Park Avenue
                                                    New York, NY 10022
                                                    Telephone: (212) 715-1000
                                                    Facsimile: (212) 715-1399
                                                    stewart.aaron@aporter.com
                                                    louis.ederer@aporter.com

                                                    *Attorneys for Intervenor-Defendant-
                                                    Counterclaim-Plaintiff YSL Beauté, Inc.*

To:   Peter M. Brody, Esq.
      Ropes & Gray, LLP
      One Metro Center
      700 12th Street, N.W.
      Suite 900
      Washington, DC 20005

      Attorneys for Plaintiffs

      Joseph Dreitler, Esq.
      Bricker & Eckler LLP
      100 South Third Street
      Columbus, OH 43215

      Attorneys for Defendants