UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

OSCAR DE LA RENTA, LTD.,

                                  Plaintiff,

          -against-

ELIZABETH ARDEN, INC., d/b/a "EA FRAGRANCES CO.,"

                                Defendant.

08 CIV 5785 (DLC)

**RULE 7.1 DISCLOSURE STATEMENT**

---

Pursuant to FRCP 7.1 the undersigned counsel for proposed Intervenor-Defendant-Counterclaim-Plaintiff YSL Beauté, Inc. ("YSL Beauté") (a private non-governmental party), certifies that the direct parent corporation of YSL Beauté, Inc. is YSL Beauté located in France. The ultimate owner of YSL Beauté, Inc. is L'Oreal SA, also located in France. No publicly held corporation owns 10% or more of YSL Beauté, Inc.'s stock.

Dated:    New York, New York
               July 21, 2008

                                                ARNOLD & PORTER LLP

                                                By: /s/ Stewart D. Aaron
                                                      Stewart D. Aaron
                                                      Louis S. Ederer
                                                      399 Park Avenue
                                                      New York, New York 10022
                                                      (212) 715-1000 (telephone)
                                                      (212) 715-1399 (facsimile)
                                                      stewart.aaron@aporter.com
                                                      louis.ederer@aporter.com

                                                      *Attorneys for Proposed-Intervenor-*
                                                      *Defendant-Counterclaim-Plaintiff*
                                                      *YSL Beauté, Inc.*