UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| OSCAR DE LA RENTA, LTD.,<br><br>      Plaintiff,<br>  v.<br><br>ELIZABETH ARDEN INC., d/b/a "EA FRAGRANCES CO.",<br><br>      Defendant. | Civil Action No. 08-CV-5785 (DLC)<br><br>**NOTICE OF APPEARANCE** |

  PLEASE TAKE NOTICE that the undersigned hereby appears in the above-captioned action as attorney for Defendant Elizabeth Arden Inc., d/b/a EA Fragrances Co. and that copies of all papers in this action should be delivered to the undersigned at the address provided below.

DATED: New York, New York    FROSS ZELNICK LEHRMAN & ZISSU, P.C.
     July 21, 2008

                  /s/ddonahue/
                 David Donahue

                866 United Nations Plaza
                New York, New York 10017
                Telephone: (212) 813-5900
                Fax:(212) 813-5901
                Email: Ddonahue@frosszelnick.com

                *Attorneys for Defendant*