Cote, S.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

OSCAR DE LA RENTA, LTD.,

                Plaintiff,

v.

ELIZABETH ARDEN INC., d/b/a "EA
FRAGRANCES CO.",

                Defendant.

08cv5785(ACC)

Civil Action No. 08-CV-5786 (DLC)

STIPULATION AND ORDER RE:
EXTENSION OF TIME TO
ANSWER

The parties in the above-captioned action, by and through their undersigned attorneys, hereby stipulate and agree to extend Defendant's time to answer or otherwise move with respect to the Complaint from July 21, 2008 to August 10, 2008. Defendant waives any objections as to process, service of process, personal jurisdiction or venue. No prior extensions have been requested.

Dated: July 16, 2008

_____
William L. Sussman
Carla E. Sereny
ROPES & GRAY LLP
1211 Avenue of the Americas
New York, New York 10036
(212) 596-9000

_____
David Donahue
FROSS ZELNICK LEHRMAN & ZISSU, P.C.
866 United Nations Plaza
New York, NY 10017
(212) 813-5900

SO ORDERED:

_____
United States District Judge

Dated: July 21, 2008

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/21/08

3648737_2.DOC