UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| OSCAR DE LA RENTA, LTD., <br><br> Plaintiff, <br><br> -against- <br><br> ELIZABETH ARDEN, INC., d/b/a "EA FRAGRANCES CO.," <br><br> Defendant. | 08 CIV 5785 (DLC) <br><br> **Notice of Appearance** |

PLEASE TAKE NOTICE that Stewart D. Aaron and Louis S. Ederer of the firm of Arnold & Porter LLP have appeared as counsel of record for proposed Intervenor-Defendant-Counterclaim-Plaintiff YSL Beauté, Inc. in the above-referenced action and hereby requests notice of all matters in this action.

Dated: New York, New York
July 21, 2008

ARNOLD & PORTER LLP

By: /s/ Stewart D. Aaron
Stewart D. Aaron
Louis S. Ederer
399 Park Avenue
New York, NY 10022-4690
(212) 715-1000 (telephone)
(212) 715-1399 (facsimile)
stewart.aaron@aporter.com
louis.ederer@aporter.com

*Attorneys for Intervenor-Defendant-Counterclaim-Plaintiff YSL Beauté, Inc.*

1

To:    Peter M. Brody, Esq.
Ropes & Gray, LLP
One Metro Center
700 12th Street, N.W.
Suite 900
Washington, DC 20005

Attorneys for Plaintiffs

Joseph Dreitler, Esq.
Bricker & Eckler LLP
100 South Third Street
Columbus, OH 43215

Attorneys for Defendants