UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SCANNED ORIGINAL

---

OSCAR DE LA RENTA, LTD.,

          Plaintiff,

v.

ELIZABETH ARDEN, INC., d/b/a
"EA FRAGRANCES CO.",

          Defendant.

Case No. 08 Civ. 5785 (DLC)

**NOTICE OF MOTION FOR ADMISSION PRO HAC VICE**

Granted.
/s/ [illegible]
8/1/08

PLEASE TAKE NOTICE that, upon the annexed declaration of Lee S. Gayer, Esq., executed on July 22, 2008, plaintiff Oscar de la Renta, Ltd. ("ODLR") will move this Court, pursuant to Rule 1.3(c) of the Local Civil Rules of this Court, for an order that Peter M. Brody, Esq., who is a member of the District of Columbia Bar, and a member of Ropes & Gray LLP, be admitted *pro hac vice* for all purposes on behalf of ODLR in this action.

Dated: New York, New York
       July 22, 2008

ROPES & GRAY LLP

By: _____
    Lee S. Gayer
1211 Avenue of the Americas
New York, NY 10036-8704
(212) 596-9000
lee.gayer@ropesgray.com

*Attorneys for Plaintiff*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/1/08

3639211_2.DOC