FROSS ZELNICK LEHRMAN & ZISSU, P.C.
David Donahue
866 United Nations Plaza
New York, NY 10017
(212) 813-5900 (p)
(212) 813-5901 (f)

Attorneys for Defendant Elizabeth Arden, Inc., d/b/a "EA Fragrances Co."

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| OSCAR DE LA RENTA, LTD., <br><br> Plaintiffs, <br><br> -against- <br><br> ELIZABETH ARDEN, INC., d/b/a "EA FRAGRANCES CO.", <br><br> Defendant. | 08 Civ. 5785 (DLC) |

## MOTION FOR *PRO HAC VICE* ADMISSION OF MARY R. TRUE

Pursuant to Rule 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern District of New York, I, a member in good standing of the bar of this Court, hereby move for an Order allowing the Admission *pro hac vice* of

> Mary R. True
> BRICKER & ECKLER
> 100 S. 3rd Street
> Columbus, Ohio 43215
> (614) 227-2300 (p)
> (614) 227-2390 (f)
> mtrue@bricker.com

Ms. True is s a member in good standing of the Bar of the State of Ohio. There are no pending disciplinary proceedings against her in any State or Federal court.

{F0318907.2}
1

WHEREFORE, it is respectfully requested that this Court permit Ms. Mary R. True to appear in this action on behalf of Defendant and to try this case as a whole on behalf of Defendant.

Dated: July 31, 2008

                  Respectfully submitted,

                  */s/ David Donahue*

                  David Donahue
                  FROSS ZELNICK LEHRMAN & ZISSU, P.C.
                  866 United Nations Plaza
                  New York, NY 10017
                  (212) 813-5900 (p)
                  (212) 813-5901 (f)

                  Attorneys for Defendant Elizabeth Arden, Inc., d/b/a "EA Fragrances Co."

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the **MOTION FOR *PRO HAC VICE* ADMSISSION OF MARY R. TRUE and the DECLARATION IN SUPPORT OF MOTION FOR *PRO HAC VICE* ADMSISSION OF MARY R. TRUE with Exhibits A - B** was served via first class, US postage prepaid and placed in a official depository under exclusive care and custody of the United States Postal Service within the State of New York upon attorneys for Plaintiff Oscar De La Renta, Ltd., at their last known address:

> William I. Sussman, Esq.
> Carla Sereny Esq.
> ROPES & GRAY, LLP
> 1211 Avenue of the Americas
> New York, NY 10036

on this 1st day of August 2008.

_____
MARIO ORTIZ

{F0327119.1 }

FROSS ZELNICK LEHRMAN & ZISSU, P.C.
David Donahue
866 United Nations Plaza
New York, NY 10017
(212) 813-5900 (p)
(212) 813-5901 (f)

Attorneys for Defendant Elizabeth Arden, Inc., d/b/a "EA Fragrances Co."

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| OSCAR DE LA RENTA, LTD., <br><br> Plaintiffs, <br><br> -against- <br><br> ELIZABETH ARDEN, INC., d/b/a "EA FRAGRANCES CO.", <br><br> Defendant. | 08 Civ. 5785 (DLC) |

## DECLARATION IN SUPPORT OF MOTION FOR *PRO HAC VICE* ADMISSION OF MARY R. TRUE

I, David Donahue, declare and say under penalty of perjury:

1. I am a Member of Fross Zelnick Lehrman & Zissu, P.C., counsel for Defendant in the above-captioned action. I am familiar with the proceedings in this case. I make this statement based on my personal knowledge of the facts set forth herein and in support of Defendant's motion to admit Mary R. True as counsel *pro hac vice* to represent Defendant in this matter.

{F0320801.1}

1

2. I am a member in good standing of the bar of the State of New York, and was admitted to practice law in 2000. I am also admitted to the bar of the United States District Court for the Southern District of New York, and am in good standing with this Court.

3. I have known Ms. True since March 2008.

4. Ms. True is a Partner of Bricker & Eckler, in Columbus, Ohio and a member of the Bar of the State of Ohio. I respectfully submit as <u>Exhibit A</u> a Certificate of Good Standing for Ms. True from the State of Ohio that has been issued within the past thirty days.

5. I have found Ms. True to be a skilled attorney and a person of integrity. She is experienced in Federal practice and is familiar with the Federal Rules of Procedure.

6. I respectfully submit a proposed order granting the admission of Ms. True, pro hac vice, which is attached hereto as <u>Exhibit B</u>.

7. Accordingly, I am pleased to move the admission of Ms. True, pro hac vice.

Pursuant to 28 U.S.C. § 1746 and Local Rule 1.10 I declare under penalty of perjury that the foregoing is true and correct.

Executed on July 31, 2008
New York, New York

_____
David Donahue

{F0320801.1}

2

# The Supreme Court of Ohio

C E R T I F I C A T E

I, SUSAN B. CHRISTOFF, Director of the Attorney Services Division of the Supreme Court of Ohio, do hereby certify that I am the custodian of the records of the Office of Attorney Services of the Supreme Court and that the Attorney Services Division is responsible for reviewing Court records to determine the status of Ohio attorneys. I further certify that, having fulfilled all of the requirements for admission to the practice of law in Ohio,

Mary Rutledge True

was admitted to the practice of law in Ohio on November 05, 1990; has registered as an active attorney pursuant to the Supreme Court Rules for the Government of the Bar of Ohio; is in good standing with the Supreme Court of Ohio; and is entitled to practice law in this state.

IN TESTIMONY WHEREOF, I have subscribed my name and affixed the seal of the Supreme Court, this 24th day of July, 2008.

SUSAN B. CHRISTOFF
*Director, Attorney Services Division*

*Attorney Registration Specialist*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| OSCAR DE LA RENTA, LTD.,<br><br>Plaintiffs,<br><br>-against-<br><br>ELIZABETH ARDEN, INC., d/b/a "EA FRAGRANCES CO.",<br><br>Defendant. | 08 Civ. 5785 (DLC) |

**ORDER FOR ADMISSION OF PRO HAC VICE OF MARY R. TRUE**

Upon the motion of David Donahue, attorney Defendant Elizabeth Arden, Inc., d/b/a "EA Fragrances Co." and said sponsor attorney's declaration in support;

IT IS HEREBY ORDERED that

> Mary R. True
> BRICKER & ECKLER
> 100 S. 3rd Street
> Columbus, Ohio 43215
> (614) 227-2300 (p)
> (614) 227-2390 (f)

is admitted to practice pro hac vice as counsel for Defendant in the above-captioned case in the United States District Court for the Southern District of New York.

_____, 2008
New York, NY

_____
Denise L. Cote, U.S.D.C.

{F0319312.2 }

1

CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the **MOTION FOR *PRO HAC VICE* ADMSISSION OF MARY R. TRUE and the DECLARATION IN SUPPORT OF MOTION FOR *PRO HAC VICE* ADMSISSION OF MARY R. TRUE with Exhibits A - B** was served via first class, US postage prepaid and placed in a official depository under exclusive care and custody of the United States Postal Service within the State of New York upon attorneys for Plaintiff Oscar De La Renta, Ltd., at their last known address:

> William I. Sussman, Esq.
> Carla Sereny Esq.
> ROPES & GRAY, LLP
> 1211 Avenue of the Americas
> New York, NY 10036

on this 1st day of August 2008.

_____
MARIO ORTIZ

{F0327119.1 }