FROSS ZELNICK LEHRMAN & ZISSU, P.C.
David Donahue
866 United Nations Plaza
New York, NY 10017
(212) 813-5900 (p)
(212) 813-5901 (f)

Attorneys for Defendant Elizabeth Arden, Inc., d/b/a "EA Fragrances Co."

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| OSCAR DE LA RENTA, LTD., <br><br> Plaintiffs, <br><br> -against- <br><br> ELIZABETH ARDEN, INC., d/b/a "EA FRAGRANCES CO.", <br><br> Defendant. | 08 Civ. 5785 (DLC) |

## MOTION FOR *PRO HAC VICE* ADMISSION OF JOSEPH R. DREITLER

Pursuant to Rule 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern District of New York, I, a member in good standing of the bar of this Court, hereby move for an Order allowing the Admission *pro hac vice* of

> Joseph R. Dreitler
> BRICKER & ECKLER
> 100 S. 3rd Street
> Columbus, Ohio 43215
> (614) 227-2300 (p)
> (614) 227-2390 (f)
> jdreitler@bricker.com

Mr. Dreitler is s a member in good standing of the Bar of the State of Ohio. There are no pending disciplinary proceedings against him in any State or Federal court.

{F0318870 2 }

1