FROSS ZELNICK LEHRMAN & ZISSU, P.C.
David Donahue
866 United Nations Plaza
New York, NY 10017
(212) 813-5900 (p)
(212) 813-5901 (f)

Attorneys for Defendant Elizabeth Arden, Inc., d/b/a "EA Fragrances Co."

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

OSCAR DE LA RENTA, LTD.,

Plaintiffs,

-against-

ELIZABETH ARDEN, INC., d/b/a
"EA FRAGRANCES CO.",

Defendant.

08 Civ. 5785 (DLC)



## MOTION FOR *PRO HAC VICE* ADMISSION OF MARY R. TRUE

Pursuant to Rule 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern District of New York, I, a member in good standing of the bar of this Court, hereby move for an Order allowing the Admission *pro hac vice* of

> Mary R. True
> BRICKER & ECKLER
> 100 S. 3rd Street
> Columbus, Ohio 43215
> (614) 227-2300 (p)
> (614) 227-2390 (f)
> mtrue@bricker.com

Ms. True is s a member in good standing of the Bar of the State of Ohio. There are no pending disciplinary proceedings against her in any State or Federal court.

{F0318907 2 }

1

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8/6/08