AO 458 (Rev. 10/95)   Appearance

# UNITED STATES DISTRICT COURT

| SOUTHERN | DISTRICT OF | NEW YORK |
|---|---|---|

OSCAR DE LA RENTA, LTD.
                Plaintiff,

   -against-

ELIZABETH ARDEN, INC. d/b/a
"EA FRAGRANCES CO.",
                Defendant.

**APPEARANCE**

Case Number:  08 Civ. 5785 (DLC)

To the Clerk of this court and all parties of record:

     Enter my appearance as counsel in this case for

     Oscar de la Renta, Ltd.

I certify that I am admitted to practice in this court.

| 8/7/2008 | | |
|---|---|---|
| Date | Signature | |
| | Lee S. Gayer | LG5273 |
| | Print Name | Bar Number |
| | Ropes & Gray  LLP, 1211 Avenue of the Americas | |
| | Address | |
| | New York          NY          10036 | |
| | City          State          Zip Code | |
| | (212) 596-9000          (212) 596-9090 | |
| | Phone Number          Fax Number | |