UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| OSCAR DE LA RENTA, LTD., <br><br> Plaintiff, <br><br> -against- <br><br> ELIZABETH ARDEN, INC., d/b/a "EA FRAGRANCES CO.," <br><br> Defendant. | 08 CIV 5785 (DLC) <br><br> ECF CASE <br><br> **DEFENDANT ELIZABETH ARDEN, INC.'S RULE 7.1 STATEMENT** |

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, and to enable Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, Defendant Elizabeth Arden, Inc., d/b/a/ EA Fragrances Co. ("EA"), by its undersigned attorneys, certifies that it has no parent corporation and that no publicly held corporation owns 10% or more of its stock.

Dated:  August 11, 2008

BRICKER & ECKLER, LLP
Joseph R. Dreitler (Admitted *pro hac vice*)
Mary R. True (Admitted *pro hac vice*)
100 S. 3rd Street
Columbus, Ohio 43215
Telephone:  (614) 227-2300
jdreitler@bricker.com
mtrue@bricker.com

FROSS ZELNICK LEHRMAN & ZISSU, P.C.

By:   s/David Donahue/
       David Donahue

886 United Nations Plaza
New York, New York 10017
Telephone:  (212) 813-5900
ddonahue@fzlz.com

*Attorneys for Defendant Elizabeth Arden, Inc.*

{F0330729.1
}2658681v2