UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| OSCAR DE LA RENTA, LTD., <br><br> Plaintiff, <br><br> -against- <br><br> ELIZABETH ARDEN, INC., d/b/a "EA FRAGRANCES CO.," <br><br> Defendant. | 08 CIV 5785 (DLC) <br><br> ECF CASE <br><br> **NOTICE OF DEFENDANT ELIZABETH ARDEN, INC.'S MOTION TO DISMISS** |

PLEASE TAKE NOTICE that upon the accompanying Memorandum of Law and the pleadings and proceedings herein, Defendant Elizabeth Arden, Inc., d/b/a "EA Fragrances Co." ("EA"), by its undersigned counsel, shall move this Court, at a date and time to be determined, for an Order pursuant to Federal Rule of Civil Procedure 12(b)(6) dismissing all of Plaintiff Oscar de la Renta, Ltd.'s claims against EA in this proceeding.

Dated: August 11, 2008

BRICKER & ECKLER, LLP
Joseph R. Dreitler (Admitted *pro hac vice*)
Mary R. True (Admitted *pro hac vice*)
100 S. 3rd Street
Columbus, Ohio 43215
Telephone: (614) 227-2300
jdreitler@bricker.com
mtrue@bricker.com

FROSS ZELNICK LEHRMAN & ZISSU, P.C.

By:   s/David Donahue/
         David Donahue

886 United Nations Plaza
New York, New York 10017
Telephone: (212) 813-5900
ddonahue@fzlz.com

*Attorneys for Defendant Elizabeth Arden, Inc.*

{F0330708.1}
}2658681v2