```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/14/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------X
                                          :
OSCAR DE LA RENTA, LTD.,                  :
                        Plaintiff,        :
                                          :     08 Civ. 5785 (DLC)
            -v-                           :
                                          :          ORDER
ELIZABETH ARDEN, INC., d/b/a "EA          :
FRAGRANCES CO.,"                          :
                        Defendant.        :
                                          :
------------------------------------------X

DENISE COTE, District Judge:

   On June 27, 2008, Plaintiff Oscar De La Renta, Ltd. ("ODLR") filed this trademark action against defendant Elizabeth Arden, Inc. ("EA"). On July 21, YSL Beauté, Inc. ("YSL") filed a motion to intervene and for a stay pending arbitration between it and ODLR. On August 11, EA filed a motion to dismiss. Having reviewed the foregoing submissions, it is hereby

   ORDERED that YSL's July 21 motion to intervene is granted. Decision is reserved on the motion for a stay pending arbitration.

   IT IS FURTHER ORDERED that opposition to EA's motion to dismiss shall be filed on or before August 25, 2008; any reply shall be filed on or before September 5, 2008.

   IT IS FURTHER ORDERED that, at the time any reply is served, the moving party shall supply two courtesy copies of all motion papers to Chambers by delivering them to the Courthouse

Mailroom, 8th Floor, United States Courthouse, 500 Pearl Street, New York, New York.

    IT IS FURTHER ORDERED that the initial pretrial conference remains scheduled for September 19, 2008, at 11:30 a.m.

    SO ORDERED:

Dated:    New York, New York
           August 14, 2008

                                        DENISE COTE
                                United States District Judge