

ROPES & GRAY LLP
1211 AVENUE OF THE AMERICAS
NEW YORK, NY 10036-8704
WWW.ROPESGRAY.COM


AUG 2 1 2008

Chambers OF
DENISE COTE

August 20, 2008

William I. Sussman
212-841-0612
William.Sussman@ropesgray.com

## MEMO ENDORSED

**BY HAND**

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED:  8/21/08
```

Honorable Denise L. Cote
United States District Judge
United States District Court for the Southern
District of New York
500 Pearl Street
New York, NY 10007

**Re:**   *Oscar de la Renta, Ltd. v. Elizabeth Arden, Inc., d/b/a "EA Fragrances Co.",*
        **Civil Action No. 08 CIV 5785 (DLC)**

Dear Judge Cote:

We represent the plaintiff, Oscar de la Renta, Ltd. ("ODLR"), in the above-captioned action. Pursuant to Section 1E of Your Honor's Individual Practices in Civil Cases, we are writing to request a four-day extension, to and including Friday, August 29, of plaintiff's time to file its papers in opposition to defendant Elizabeth Arden, Inc.'s ("EA") Motion to Dismiss. ODLR's opposition papers currently are due on Monday, August 25. No previous requests for an extension have been made. We have been in contact with counsel for EA, who do not oppose this request, and who have requested that EA's time to file its reply papers be extended from Friday, September 5, to and including Monday, September 15. We have no objection to the extension requested by counsel for EA.

We appreciate the Court's consideration.

Respectfully yours,

William I. Sussman

Copies (via email) to:

    Joseph R. Dreitler, Esq.
    David A. Donahue, Esq.
    Louis S. Ederer, Esq.

Granted.

Denise Cote
August 21, 2008

7326489_1.DOC