UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| OSCAR DE LA RENTA, LTD.,<br><br>          Plaintiff,<br><br>    -against-<br><br>ELIZABETH ARDEN, INC., d/b/a "EA FRAGRANCES CO.",<br><br>          Defendant. | 08 CIV 5785 (DLC) |
| YSL BEAUTÉ, INC.<br><br>          Intervenor-<br>          Defendant-<br>          Counterclaim-<br>          Plaintiff,<br><br>    -against-<br><br>OSCAR DE LA RENTA, LTD.,<br><br>          Counterclaim-<br>          Defendant. | |

### YSL BEAUTÉ, INC.'S JOINDER IN THE MOTION SUBMITTED BY ELIZABETH ARDEN, INC. TO DISMISS COMPLAINT

Intervenor-Defendant YSL Beauté, Inc. ("YSL Beauté") hereby joins in the motion to dismiss the Complaint in this action that was submitted by defendant Elizabeth Arden, Inc. ("EA") on August 11, 2008. Pursuant to the legal arguments set forth in the memorandum of law accompanying the EA motion, YSL Beauté respectfully requests that this Court dismiss the Complaint (or, in the alternative, pursuant to 9 U.S.C. § 3, stay

the proceedings in favor of the pending arbitration between YSL Beauté and Plaintiff, in accordance with the motion previously filed by YSL Beauté on July 21, 2008).

Dated: New York, New York
       August 26, 2008

                                      Respectfully submitted,

                                      ARNOLD & PORTER LLP

                                      By: _____
                                            Louis S. Ederer
                                            Stewart D. Aaron
                                      399 Park Avenue
                                      New York, NY 10022
                                      Telephone: (212) 715-1000
                                      Facsimile: (212) 715-1399
                                      louis.ederer@aporter.com
                                      stewart.aaron@aporter.com

                                      *Attorneys for Intervenor-Defendant-*
                                      *Counterclaim-Plaintiff YSL Beauté, Inc.*

TO:    Peter M. Brody, Esq.
        Ropes & Gray, LLP
        One Metro Center
        700 12th Street, N.W.
        Suite 900
        Washington, DC 20005

        Attorneys for Plaintiffs

        Joseph Dreitler, Esq.
        Bricker & Eckler LLP
        100 South Third Street
        Columbus, OH 43215

        Attorneys for Defendants